IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY CHILDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-00383-CG-B |
| ) | |
| SPRINGLEAF FINANCIAL ) | |
| SERVICES OF ALABAMA, INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the Order granting Defendant's motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff, Dorothy Childs. It is, therefore, **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice.** Costs are to be taxed against Plaintiff.

**DONE** and **ORDERED** this 12th day of July, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE